IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MISTRIEL,

    Plaintiff,                           CV F 03 6922 AWI   WMW   P

  vs.                                    <u>ORDER RE MOTION (DOC 15)</u>

KERN COUNTY, et al.,

    Defendants.

       Plaintiff has requested leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(c). There has been no service of process, and no defendant has entered an appearance. Plaintiff's motion is therefore granted. The second amended complaint is due thirty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   May 2, 2005**                    /s/  William M. Wunderlich
mmkd34                                  UNITED STATES MAGISTRATE JUDGE

1