IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MISTRIEL, | 1:03-cv-06922 AWI-WMW (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| vs. | |
| KERN COUNTY, et al., | (DOCUMENT #29) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2007, plaintiff filed a motion to extend time to the court's Order to Show Cause issued on June 19, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to the Order to Show Cause.

IT IS SO ORDERED.

**Dated:   October 17, 2007**            **/s/  William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE