IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLEN MISTRIEL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KERN COUNTY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CV-F-03-06922-AWI-SMS<br><br>ORDER DIRECTING CLERK OF THE COURT TO RE-DESIGNATE CASE TO REFLECT THAT OF A REGULAR CIVIL ACTION BY REMOVING "P" FROM CASE NUMBER |

　　　　On December 24, 2003, plaintiff, Robert Glen Mistriel, filed the instant action. The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison and assigned a "P" at the end of the case number. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is directed to correct the designation of the present case to reflect that of a regular civil action by removing the "P" from the end of the case number. Plaintiff is directed not to include a "P" at the end of the case number on his future filings.

　　　　IT IS SO ORDERED.


Dated:　April 5, 2010　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE