# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLEN MISTRIEL,<br><br>              Plaintiff,<br><br>      v.<br><br>KERN COUNTY, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:03-cv-06922-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS AND DENYING PLAINTIFF'S REQUEST FOR AN ORDER DIRECTING THE CLERK OF COURT TO ISSUE USM-285 FORMS**<br><br>(Docket No. 48) |

On March 10, 2011, the Court issued Findings and Recommendations regarding the complaint filed by Plaintiff Robert Mistriel ("Plaintiff"). (Doc. 47.) Any objections to the Findings and Recommendations were to be filed within 30 days. On April 6, 2011, Plaintiff filed a request for a 45-day extension of time to file objections. (Doc. 48.)

In conjunction with Plaintiff's request for an extension of time to file objections, Plaintiff also seeks an order directing the Clerk of Court to issue USM-285 forms for service of certain defendants pursuant to the Magistrate Judge's March 10, 2011, Findings and Recommendations. However, any service of process will be ordered by the district court upon review of the Findings and Recommendations. The district court's review of the March 10, 2011, Findings and Recommendations will occur once Plaintiff's period to file objections has closed.

///

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's request for an extension of time to file objections to the Magistrate Judge's March 10, 2011, Findings and Recommendations is GRANTED;

2. Plaintiff shall file any objections to the March 10, 2011, Findings and Recommendations on or before June 1, 2011; and

3. Plaintiff's request for an order directing the Clerk of Court to issue USM-285 forms and summonses to effect service on certain defendants is DENIED until such time as the district court acts on the March 10, 2011, Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   April 14, 2011**                                /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE