# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLEN MISTRIEL, | CASE NO. 1:03-cv-06922-AWI-SKO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | **Docket No. 47** |
| KERN COUNTY, et al., | |
| Defendants. | |

On March 10, 2011, the Magistrate Judge issued Findings and Recommendations that: (1) certain defendants should be dismissed; (2) Plaintiff states a cognizable claim against certain defendants; and (3) service of the Third Amended Complaint is appropriate. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within thirty (30) days after service of the order.

On April 6, 2011, Plaintiff filed a request for an extension of time to file objections to the March 10, 2011, Findings and Recommendations. (Doc. 48.) Plaintiff's request was granted, and Plaintiff was directed to file objections on or before June 1, 2011. (Doc. 49.)

On May 10, 2011, Plaintiff filed a "Notice of Non-Objection," stating that he will not object to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued March 10, 2011, are ADOPTED IN FULL;

2. Plaintiff's Section 1983 claims against the Kern County Probation Department, the Kern County District Attorney's Office, the Kern County Personnel Board, the Bakersfield Police Department, and the Kern County Child Protective Services Department are DISMISSED WITH PREJUDICE;

3. Plaintiff's Section 1983 claims against Defendants Jagels, Leddy, Tauzer, Rogers, Buck, Harper, Elias, Tarver, Fritts, Patterson, Fitts, estates of any deceased defendant, Virginia Ginger Moorhouse, Donald H. Fritts, the Bakersfield Californian Newspaper, and Eli's Clock Emporium are DISMISSED WITH PREJUDICE;

4. Service is appropriate on the following defendants: (1) Glen Brown; (2) Sally Rockholt; (3) San Felipe Boys Home; (4) the City of Bakersfield; and (5) the County of Kern;

5. The Clerk of the Court is DIRECTED to send Plaintiff five (5) USM-285 forms, five (5) summonses, an instruction sheet, a notice of submission of documents form, and one copy of the Third Amended Complaint filed in this Court on October 12, 2010;

6. Plaintiff is DIRECTED to complete the Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a. Completed summonses;
   b. One completed USM-285 Form for each defendant on whom service is deemed appropriate; and

      c.      6 copies of the endorsed Third Amended Complaint filed on October 12, 2010;

7.      Plaintiff is INFORMED that failure to comply with this order will result in a recommendation to dismiss the action for failure to obey the Court's order.

IT IS SO ORDERED.

Dated:   June 6, 2011

                    CHIEF UNITED STATES DISTRICT JUDGE