# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLEN MISTRIEL, | CASE NO. 1:03-cv-06922-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION BRIEF** |
| v. | |
| KERN COUNTY, et al., | (Docket No. 63) |
| Defendants. | |
| _____/ | |

On September 20, 2011, Defendant Catholic Charities of the Diocese of Fresno ("Catholic Charities") filed a motion to dismiss the claims against it alleged in Plaintiff's Third Amended Complaint. (Doc. 63.) On October 20, 2011, Plaintiff filed a motion requesting a 45-day extension of time to file a brief in opposition to Catholic Charities' motion to dismiss. (Doc. 64.)

On July 19, 2011, the Court issued a Second Information Order informing all the parties that any opposition to a motion must be filed in compliance with Local Rule 230(l) and thus must be filed not more than 21 days after the date of service of the motion. (Doc. 54, ¶ 2; *see also* Local Rule 230(l).) While Plaintiff's request for additional time to file an opposition is untimely as it was filed after the time had passed to file a brief in opposition to the pending motion to dismiss, the Court will permit Plaintiff an extension of time to file a brief in opposition. Plaintiff is informed that extension requests filed out of time will not be viewed with favor in the future.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file a brief in opposition to Defendant Catholic Charities of the Diocese of Fresno's motion to dismiss is GRANTED *nunc pro tunc*; and

2. Plaintiff's opposition shall be filed **on or before December 5, 2011.**

IT IS SO ORDERED.

**Dated:   November 2, 2011**               /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE