# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLEN MISTRIEL,<br><br>                    Plaintiff,<br><br>    v.<br><br>KERN COUNTY, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:03-cv-06922-AWI-SKO<br><br>**ORDER GRANTING CITY OF BAKERSFIELD'S EX PARTE REQUEST FOR LEAVE TO DEPOSE PLAINTIFF**<br><br>(Docket No. 76) |

On February 16, 2012, Defendant City of Bakersfield filed an ex parte request for leave of Court to depose Plaintiff, who is a prisoner, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). (Doc. 76.)  As set forth in the discovery order issued by the Court on September 6, 2011, "Defendants may depose Plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such deposition, Defendants serve all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1)."  (Doc. 61, ¶ 4.)

Accordingly, IT IS HEREBY ORDERED that Defendant City of Bakersfield's ex parte request for leave of Court to depose Plaintiff pursuant to Federal Rule of Civil Procedure 30(a) is GRANTED, pursuant to the notice procedures set forth in Rule 30(b)(1) and the Court's September 6, 2011, discovery order.

IT IS SO ORDERED.

**Dated:   February 21, 2012**                    **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE