# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GLEN MISTRIEL,<br><br>                    Plaintiff,<br><br>     v.<br><br>KERN COUNTY, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:03-cv-06922-AWI-SKO<br><br>**ORDER REGARDING CITY OF BAKERSFIELD'S MOTION TO COMPEL**<br><br>(Docket No. 72) |

## I.   INTRODUCTION

On January 23, 2012, Defendant City of Bakersfield (the "City") filed a motion to compel responses to its special interrogatories, set one, and its request for production of documents, set one (collectively, "discovery requests"), served on Plaintiff on September 9, 2011.  (Doc. 72.) According to the City, Plaintiff failed to timely respond to the discovery requests.

For the reasons set forth below, the Court ORDERS that (1) the City re-serve its discovery requests, (2) Plaintiff file an opposition or a statement of non-opposition within 21 days of service of the requests for production, and (3) if Plaintiff elects to file a statement of non-opposition to the City's motion, Plaintiff is ordered to respond to the discovery requests within 45 days of re-service of the requests.

## II. DISCUSSION

On August 2, 2011, Plaintiff filed a notice of change of address to Kern Valley State Prison, Delano, California, 93216. (Doc. 55.) On September 9, 2011, the City served its discovery requests by mail on Plaintiff at High Desert State Prison, (3030), P.O. Box. 3030, Susanville, California, 96127-3030. (*See* Doc. 72-3, p. 10, 22.) Plaintiff's responses were due on October 27, 2011, 45 days after service of the requests plus an additional 3 days for service by mail. Counsel for the City granted Plaintiff until November 7, 2011, to respond to the discovery requests, but no responses were provided.[1] (Doc. 72-1, 2:18-20; Doc. 72-2, ¶ 4.) On January 23, 2012, the City filed a motion to compel Plaintiff's responses to these discovery requests. The motion to compel was served on Plaintiff at Kern Valley State Prison, Delano, California 93216-5103, his current address of record. To date, Plaintiff has not filed any statement in opposition to the City's motion to compel.

As indicated above, at the time of service of the discovery requests, Plaintiff's current address was Kern Valley State Prison, and not High Desert State Prison where the discovery requests were served. (*See* Doc. 72-3, p. 10, 22.) To cure this service issue, re-service of the discovery requests is necessary. From the date of re-service of the discovery requests, Plaintiff shall have 21 days to file any opposition to the City's motion to compel. Alternatively, Plaintiff may file a statement of non-opposition within 21 days of re-service of the discovery requests. If Plaintiff elects to file a statement of non-opposition to the City's motion to compel, Plaintiff must serve responses to the City's discovery requests within 45 days of being re-served. If Plaintiff fails to either oppose the motion to compel or provide discovery responses within the time frame provided, the Court will grant the City's motion to compel.

## III. CONCLUSION AND ORDER

For the reasons stated above, IT IS HEREBY ORDERED that:

1. The City of Bakersfield shall re-serve its discovery requests to Plaintiff at his current

---

[1] It is unclear whether Plaintiff requested an extension of time to respond to the discovery requests from the City or whether the City provided Plaintiff an extension of time to respond to the discovery requests as an unsolicited courtesy. In other words, despite the proofs of service indicating that the discovery requests were served on Plaintiff at High Desert State Prison, it also appears that Plaintiff may have received these requests and requested an extension of time to respond.

2

address of record;

2. The City of Bakersfield shall file a certificate of service establishing re-service of the discovery requests;

3. **Within 21 days of re-service of the requests**, Plaintiff shall either:

   a. File a statement in opposition to the City's motion to compel; **OR**

   b. File a statement of non-opposition to the motion and then serve responses to the discovery requests within 45 days of re-service of the discovery requests; and

4. Should Plaintiff fail to either file an opposition to the City's motion to compel or file a statement of non-opposition and serve discovery responses within 45 days from the date of re-service of the requests, the Court will grant the City's motion to compel such responses.

IT IS SO ORDERED.

**Dated:   February 29, 2012**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE