1
2
3
4

5 IN THE UNITED STATES DISTRICT COURT FOR THE

6 EASTERN DISTRICT OF CALIFORNIA

7

| | | |
|---|---|---|
| 8 | **ROBERT GLEN MISTRIEL,** ) | NO. 1:11-CV-1329 AWI GSA |
| 9 | Plaintiff, ) | ORDER DISMISSING |
| 10 | v. ) | DEFENDANT CITY OF BAKERSFIELD |
| 11 | **COUNTY OF KERN et al.,** ) | (Document #85) |
| 12 | Defendants. ) | |

13

14   On March 15, 2012, Plaintiff filed a Motion to Dismiss Defendant City of Bakersfield.

15 Defendant City of Bakersfield filed a non-opposition to Plaintiff's motion.  No other Defendant

16 filed a response to Plaintiff's motion.  While Plaintiff admits in his motion that he did not serve

17 a copy of it on the other Defendants, Defendants knew about Plaintiff's motion when the Clerk of

18 the Court scanned Plaintiff's motion into the court's CM/ECF electronic filing system.

19   Because Plaintiff has filed a motion to dismiss, Defendant Bakersfield does not oppose

20 the motion, and no other party has filed an opposition, the court finds that dismissal is

21 appropriate under Rule 41 as to Defendant City of Bakersfield only.   Therefore, IT IS HEREBY

22 ORDERED that Plaintiff's Motion to Dismiss is GRANTED and Defendant City of Bakersfield

23 is DISMISSED from this case.

24 IT IS SO ORDERED.

25
26 Dated:   March 20, 2012
                                                    CHIEF UNITED STATES DISTRICT JUDGE

27
28